UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BULK TRANSPORT CORP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 2:21-CV-399-PPS/JPK |
| | ) |
| TEAMSTERS UNION NO. 142 PENSION | ) |
| FUND and TRUSTEES OF THE | ) |
| TEAMSTERS UNION NO. 142 | ) |
| PENSION FUND, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

On April 30, 2024, the Seventh Circuit Court of Appeals issued its mandate reversing and remanding my prior decision [DE 38] in this case. [DE 55.] Prior to my directing Defendants to repay the withdrawal liability collected from Plaintiff Bulk Transport Corp., consistent with the Seventh Circuit's opinion [DE 55], Plaintiff and Defendants are ordered to submit briefing concerning each party's calculation of the total amount of returnable withdrawal liability Defendants owe Plaintiff.

**ACCORDINGLY:**

Plaintiff Bulk Transport Corp. is ordered to submit briefing on this issue by **May 22, 2024**. Defendants shall submit a response <u>14 days</u> after Plaintiff's briefing. Plaintiffs may file an optional reply <u>7 days</u> after Plaintiff's response.

**SO ORDERED**.

1

ENTERED: May 7, 2024

        /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT