UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BULK TRANSPORT CORP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:21-CV-399-PPS/JPK |
| | ) |
| TEAMSTERS UNION NO. 142 PENSION | ) |
| FUND and TRUSTEES OF THE | ) |
| TEAMSTERS UNION NO. 142 | ) |
| PENSION FUND, | ) |
| | ) |
| Defendants. | ) |

**OPINION AND ORDER**

Plaintiff Bulk Transport Corp.'s unopposed motion [DE 57] to extend the deadline to file its initial brief pursuant to the Court's May 7, 2024 Order [DE 56] is GRANTED. The briefing schedule in the May 7, 2024 Order [DE 56] is hereby vacated and reset as follows. Plaintiff Bulk Transport Corp. is ordered to submit its initial briefing concerning their calculation of the total amount of returnable withdrawal liability Defendants owe Plaintiff by **May 29, 2024**. Defendants shall submit a response 14 days after Plaintiff's briefing. Plaintiffs may file an optional reply 7 days after Plaintiff's response.

**SO ORDERED**.

ENTERED: May 21, 2024

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

1